IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO         DIVISION

Supplement to JS 44 Civil Cover Sheet
Cases Removed from State District Court

This form must be filed with the Clerk's Office no later than the **first business day** following the filing of the Notice of Removal. Additional sheets may be used as necessary.

The attorney of record for the removing party **MUST** sign this form.

---

**STATE COURT INFORMATION:**

1. Please identify the court from which the case is being removed; the case number; and the complete style of the case.

   Cause No. 2018CI21574; Josefa Y. Sanchez v. Wal-Mart Stores Texas, LLC; In the 288th Judicial District Court of Bexar County, Texas

2. Was jury demand made in State Court?     Yes [X]     No [ ]

   If yes, by which party and on what date?

   Plaintiff                                                                         Nov 9, 2018
   Party Name                                                                        Date

---

**STATE COURT INFORMATION:**

1. List all plaintiffs, defendants, and intervenors still remaining in the case. Also, please list the attorney(s) of record for each party named and include the attorney's firm name, correct mailing address, telephone number, and fax number (including area codes).

   ATTORNEY FOR PLAINTIFF:
   Andrew E. Toscano; SBN: 00786832
   Email: atoscano@genetoscano.com
   GENE TOSCANO, INC.
   846 Culebra, Ste. 104
   San Antonio, Texas 78201-6244
   (210) 732-6091/ Fax: (210) 735-4167

   ATTORNEY FOR DEFENDANT:
   Willie Ben Daw, III, TBN: 05594050
   Email: wbdaw@dawray.com
   James K. Floyd; TBN: 24047626
   Email: jfloyd@dawray.com
   14100 San Pedro Ave., Suite 302
   San Antonio, Texas 78232

TXWD - Supplement to JS 44 (Rev. 10/2004)

2. List all parties that have not been served at the time of the removal, and the reason(s) for non-service.

   None.

3. List all parties that have been non-suited, dismissed, or terminated, and the reason(s) for their removal from the case.

   None.

**COUNTERCLAIMS, CROSS-CLAIMS, and/or THIRD-PARTY CLAIMS:**

1. List separately each counterclaim, cross-claim, or third-party claim still remaining in the case and designate the nature of each such claim. For each counterclaim, cross-claim, or third-party claim, include all plaintiffs, defendants, and intervenors still remaining in the case. Also, please list the attorney(s) of record for each party named and include the attorney's firm name, correct mailing address, telephone number, and fax number (including area codes).

   None.

**VERIFICATION:**

Willie Ben Daw, III
Attorney for Removing Party

Dec 21, 2018
Date

Wal-Mart Stores Texas, LLC
Party/Parties

TXWD - Supplement to JS 44 (Rev. 10/2004)