# EXHIBIT "B"

PRIVATE PROCESS

Case Number: 2018-CI-21574

2018CI21574 S00001

**JOSEFA Y SANCHEZ**
**VS.**
**WAL-MART STORES TEXAS LLC**
(Note:Attached Document May Contain Additional Litigants.)

IN THE DISTRICT COURT
288th JUDICIAL DISTRICT
BEXAR COUNTY, TEXAS

## CITATION

"THE STATE OF TEXAS"

Directed To:   WAL-MART STORES TEXAS LLC
DBA WALMART SUPERCENTER #5145

BY SERVING ITS REGISTERED AGENT, CT CORPORATION SYSTEM

"You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this CITATION and ORIGINAL PETITION AND DISCOVERY REQUESTS , a default judgment may be taken against you." Said ORIGINAL PETITION AND DISCOVERY REQUESTS was filed on the 9th day of November, 2018.

ISSUED UNDER MY HAND AND SEAL OF SAID COURT ON THIS 14TH DAY OF NOVEMBER A.D., 2018.

ANDREW E TOSCANO
ATTORNEY FOR PLAINTIFF
846 CULEBRA RD 104
SAN ANTONIO, TX 78201-6244



*Donna Kay McKinney*
Bexar County District Clerk
101 W. Nueva, Suite 217
San Antonio, Texas 78205

By: *Cynthia Gonzales*, Deputy

---

| JOSEFA Y SANCHEZ | **Officer's Return** | Case Number: 2018-CI-21574 |
|---|---|---|
| VS | | Court: 288th Judicial District Court |
| WAL-MART STORES TEXAS LLC | | |

I received this CITATION on _____ at _____ o'clock ___M. and:( ) executed it by delivering a copy of the CITATION with attached ORIGINAL PETITION AND DISCOVERY REQUESTS the date of delivery endorsed on it to the defendant, _____, in person on the _____ at _____ o'clock ___M. at:_____ or ( ) not executed because _____

Fees:_____ Badge/PPS #:_____ Date certification expires:_____
_____ County, Texas
By:_____

OR: VERIFICATION OF RETURN (If not served by a peace officer) SWORN TO THIS _____

_____
NOTARY PUBLIC, STATE OF TEXAS

OR: My name is _____, my date of birth is _____, and my address is _____, _____ County.

I declare under penalty of perjury that the foregoing is true and correct. Executed in _____ County, State of Texas, on the _____ day of _____, 20___.

_____
Declarant

ORIGINAL (DK002)