# EXHIBIT "D"

FILED
12/18/2018 1:47 PM
Donna Kay McKinney
Bexar County District Clerk
Accepted By: Alexandra Johnson

NO.: 2018CI21574

| | | |
|---|---|---|
| JOSEFA Y. SANCHEZ | § | IN THE DISTRICT COURT |
| | § | |
| VS. | § | 288TH JUDICIAL DISTRICT |
| | § | |
| WAL-MART STORES TEXAS, LLC | § | BEXAR COUNTY, TEXAS |

### DEFENDANTS' DEMAND FOR JURY TRIAL

COMES NOW, Defendant Wal-Mart Stores Texas, LLC and hereby demands a jury trial as is their right under Tex. Const. Art. I, § 15. Such demand for jury trial is hereby made more than 30 days before the date this case is set for trial in accordance with Tex. R. Civ. P. 216. Defendant tenders the jury fee contemporaneously with the filing of this jury demand which they may show themselves justly entitled.

Respectfully submitted,

DAW & RAY, LLP

/s/ *Willie Ben Daw, III*
Willie Ben Daw, III; TBN: 05594050
Email: wbdaw@dawray.com
James K. Floyd; TBN: 24047626
Email: jfloyd@dawray.com
14100 San Pedro Ave., Suite 302
San Antonio, Texas 78232
(210) 224-3121 Telephone
(210) 224-3188 Facsimile

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that a true and correct copy of the above and foregoing instrument has been served upon all known counsel of record by Electronic Service on this 18th day of December, 2018.

Andrew E. Toscano  
GENE TOSCANO, INC.  
846 Culebra, Ste. 104  
San Antonio, Texas 78201-6244

*Email: atoscano@genetoscano.com*

/s/ *Willie Ben Daw, III*  
Willie Ben Daw, III