# EXHIBIT "E"

NO.: 2018CI21574

| | | |
|---|---|---|
| JOSEFA Y. SANCHEZ | § § | IN THE DISTRICT COURT |
| VS. | § § | 288TH JUDICIAL DISTRICT |
| WAL-MART STORES TEXAS, LLC | § | BEXAR COUNTY, TEXAS |

**NOTICE OF FILING OF REMOVAL TO FEDERAL COURT**

Please take notice that a Notice of Removal in this action was electronically filed in the United States District Court for the Western District of Texas, San Antonio Division on December 21, 2018. A copy of said Notice of Removal is attached to this Notice and is served and filed herewith.

Respectfully submitted,

DAW & RAY, LLP

/s/ *Willie Ben Daw, III*
Willie Ben Daw, III; TBN: 05594050
Email: wbdaw@dawray.com
James K. Floyd; TBN: 24047626
Email: jfloyd@dawray.com
14100 San Pedro Ave., Suite 302
San Antonio, Texas 78232
(210) 224-3121 Telephone
(210) 224-3188 Facsimile

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that a true and correct copy of the above and foregoing instrument has been served upon all known counsel of record by electronic service on this 21st day of December, 2018.

Andrew E. Toscano  *Email: atoscano@genetoscano.com*
GENE TOSCANO, INC.
846 Culebra, Ste. 104
San Antonio, Texas 78201-6244

/s/ *Willie Ben Daw, III*
Willie Ben Daw, III

NO.: 2018CI21574

| | | |
|---|---|---|
| JOSEFA Y. SANCHEZ | § § | IN THE DISTRICT COURT |
| VS. | § § | 288TH JUDICIAL DISTRICT |
| WAL-MART STORES TEXAS, LLC | § § | BEXAR COUNTY, TEXAS |

## CERTIFICATE OF SERVICE OF NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT

I, Willie Ben Daw, III, hereby certifies and declares as follows:

"I am over the age of 18 years and not a party to this action.

"I am an attorney at the law firm of Daw & Ray, L.L.P. My address is 5718 Westheimer, Suite 1400, which is located in Houston, Harris County, Texas, 77057, which is located in the city, county and state where the electronic filing and service described below took place.

"On December 21, 2018, I electronically filed and faxed to all known counsel of record a copy of the Notice of Filing of Removal to Federal Court dated December 21, 2018, a copy of which is attached to this Certificate.

"I declare under penalty of perjury that the foregoing is true and correct."

Executed on December 21, 2018.

/s/ *Willie Ben Daw, III*
Willie Ben Daw, III