# EXHIBIT "F"

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JOSEFA Y. SANCHEZ | § § | |
| VS. | § § | C.A. NO. _____ |
| WAL-MART STORES TEXAS, LLC | § § | JURY DEMANDED |

## LIST OF COUNSEL OF RECORD

1. Andrew E. Toscano; SBN: 00786832
   Email: atoscano@genetoscano.com
   GENE TOSCANO, INC.
   846 Culebra, Ste. 104
   San Antonio, Texas 78201-6244
   (210) 732-6091
   Fax: (210) 735-4167

   *ATTORNEYS FOR PLAINTIFF, JOSEFA Y. SANCHEZ*

2. Willie Ben Daw, III; SBN: 05594050
   Email: wbdaw@dawray.com
   James K. Floyd; SBN:  24047626
   Email: jfloyd@dawray.com
   14100 San Pedro Ave., Suite 302
   San Antonio, Texas 78232
   (210) 224-3121 Telephone
   (210) 224-3188 Facsimile

   *ATTORNEYS FOR DEFENDANT, WAL-MART STORES TEXAS, LLC*