UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JOSEFA SANCHEZ | § | |
| | § | |
| VS. | § | NO. SA:18-CV-01327-OLG |
| | § | |
| WAL-MART STORES TEXAS, LLC | § | |

## JOINT ADVISORY TO THE COURT

TO THE HONORABLE CHIEF UNITED STATES DISTRICT JUDGE ORLANDO L. GARCIA:

COMES NOW Plaintiff, Josefa Sanchez and Defendant, Wal-Mart Stores Texas, LLC and file this their Joint Advisory to the Court and would respectively show unto the Court the following:

I.

The parties hereby advise the Court that the above-styled and numbered cause has been settled by the parties. The parties are in the process of preparing the necessary documentation that will be filed with the Court.

Respectfully submitted,

GENE TOSCANO, INC.

*/s/ Andrew E. Toscano*
Andrew E. Toscano; TBN: 24072737
Email: atoscano@genetoscano.com
846 Culebra, Suite 104
San Antonio, Texas 78201-6244
(210) 732-6091 Telephone
(210) 735-4167 Facsimile
**ATTORNEYS FOR PLAINTIFF**

        DAW & RAY,
        A LIMITED LIABILITY PARTNERSHIP

        *James K. Floyd*
        Willie Ben Daw, III; TBN: 05594050
        Email: wbdaw@dawray.com
        James K. Floyd; TBN:  24047628
        Email: jfloyd@dawray.com
        14100 San Pedro Ave., Suite 302
        San Antonio, Texas 78232
        (210) 224-3121 Telephone
        (210) 224-3188 Facsimile
        **ATTORNEYS FOR DEFENDANT**